```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 19870
    MAURICE T COMMANDER
    SHERREE A COMMANDER                         CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6300     SSN XXX-XX-7899

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/26/2007 and was confirmed 01/28/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  35.00%.

     The case was dismissed after confirmation 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
GRP FINANCIAL SERVICES C  MORTGAGE NOTI  NOT FILED            .00            .00
TARGET NATIONAL BANK      UNSECURED         425.18            .00            .00
GMAC                      UNSECURED            .00            .00            .00
GRP LOAN CORP             CURRENT MORTG       .00             .00            .00
GRP LOAN CORP             MORTGAGE ARRE       .00             .00            .00
FIRST FRANKLIN LOAN SERV  NOTICE ONLY    NOT FILED            .00            .00
FIRST FRANKLIN LOAN SERV  NOTICE ONLY    NOT FILED            .00            .00
FIRST MIDWEST BANK        SECURED VEHIC       .00             .00            .00
FIRST MIDWEST BANK        SECURED VEHIC    9147.73         427.77        1972.80
FIRST MIDWEST BANK        UNSECURED      NOT FILED            .00            .00
GMAC                      SECURED VEHIC    1764.60            .00        1021.72
GMAC                      UNSECURED            .00            .00            .00
HOME LOAN SERVICES INC    MORTGAGE NOTI  NOT FILED            .00            .00
WASHINGTON MUTUAL         NOTICE ONLY    NOT FILED            .00            .00
FRANCHISE TAX BOARD       UNSECURED         579.22            .00            .00
ADVANCE AMERICA           UNSECURED      NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED        2431.33            .00            .00
AMERICASH LOANS LLC       UNSECURED        2352.93            .00            .00
AMERICASH LOANS LLC       UNSECURED        2042.50            .00            .00
CAPITAL ONE               UNSECURED        1399.65            .00            .00
CAPITAL ONE               UNSECURED        1321.53            .00            .00
CAPITAL ONE               UNSECURED        1480.99            .00            .00
CCS INC                   UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY        UNSECURED        9504.51            .00            .00
COLUMBIA HOUSE            UNSECURED      NOT FILED            .00            .00
RIDDLE & ASSOCIATES       UNSECURED      NOT FILED            .00            .00
ALLIED INTERSTATE         UNSECURED      NOT FILED            .00            .00
PUBLISHERS CLEARING HOUS  UNSECURED      NOT FILED            .00            .00
FIRST CASH ADVANCE        UNSECURED      NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY    NOT FILED            .00            .00
NICOR GAS                 UNSECURED        1899.85            .00            .00
NICOR                     UNSECURED      NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19870 MAURICE T COMMANDER & SHERREE A COMMANDER
```

```
PAYDAY LOAN STORE        UNSECURED      NOT FILED             .00              .00
PAYDAY LOAN STORE        UNSECURED      NOT FILED             .00              .00
ECMC                     UNSECURED       2670.08              .00              .00
ECAST SETTLEMENT CORP    UNSECURED       1026.89              .00              .00
VERIZON WIRELESS         FILED LATE      1118.19              .00              .00
AMERICAN LOANS           UNSECURED        318.29              .00              .00
COMMONWEALTH EDISON      UNSECURED       1260.03              .00              .00
FIRST MIDWEST BANK       COST OF COLLE    375.00              .00              .00
JAMES M PHILBRICK        COST OF COLLE   1250.00              .00          1250.00
FIRST MIDWEST BANK       COST OF COLLE    500.00              .00              .00
THOMAS M BRITT           DEBTOR ATTY    3,000.00                              .00
TOM VAUGHN               TRUSTEE                                           387.71
DEBTOR REFUND            REFUND                                                .00
```

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 5,060.00

PRIORITY                                               .00
SECURED                                           4,244.52
    INTEREST                                        427.77
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                387.71
DEBTOR REFUND                                          .00
                      --------------        --------------
TOTALS                  5,060.00                  5,060.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/05/09             _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE